RABIN NABIZADEH
1970 BROADWAY SUITE 1145
OAKLAND CALIFORNIA 94612

Email: rabin@summitdefense.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALD CRISSWELL,<br>Defendants. | NO. 3:26-mj-70126-MAG<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXCLUDE TIME FROM AUGUST 13 TO OCTOBER 15, 2026 |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for defendants Ronald Crisswell that the Status Conference presently set for August 13 at 11:00 a.m. in the above-captioned matter be continued to October 15, 2026. The parties are continuing the process of reviewing discovery and negotiating a resolution to the matter but require additional time to do so. As a result, there are no issues between the parties currently requiring the Court's time or resources. The government anticipates that it will be prepared to file an Information (pursuant to a negotiated resolution) or an Indictment (if no resolution can be reached) by October 15, 2026.

It is further stipulated by the parties that Defendant Ronald Crisswell will appear in person at the October 15, 2026 Status Conference, unless the parties and Court further agree otherwise.

It is further stipulated by the parties that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from August 13 through October 15, 2026.

The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 so that defense counsel can continue to prepare, including by reviewing the discovery that has been produced and will be produced. For this reason, the

parties stipulate and agree that excluding time until October 15, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 13 through October 15, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned attorney certifies that he has obtained approval from counsel for the government to file this stipulation and order.

IT IS SO STIPULATED.

DATED: August 5, 2026

BENJAMIN FARKAS
United States Attorney

/s/
BENJAMIN FARKAS
Assistant United States Attorney

SUMMIT DEFENSE, PLC

/s/
RABIN NABIZADEH
Counsel for Defendant WEIQIN XU

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 13 through October 15, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 13 to October 15, 2026 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the Status Conference in the above-captioned case be continued from August 13, 2026 to October 15, 2026 at

11:00 a.m., that Defendant Ronald Crisswell appear in person for the Status Conference on that date, and that the time from August 13, 2026 through October 15, 2026 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 7, 2026

THOMAS S. HIXSON
~~LAUREL BEELER~~
MAGISTRATE JUDGE